UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 | LEAD CASE NO. 1:25-CV-03382-ACR |
| *This Document relates to:*<br><br>JIANJU WU, as Personal Representative of the Estate of ZHEHENG LI, deceased<br><br>Case No.: 1:25-cv-04248-ACR | STIPULATION CONCERNING AMERICAN AIRLINES AND PSA AIRLINES' RESPONSE TO SHORT FORM COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED by and among the parties in the above-captioned action through the undersigned counsel, as follows:

1. Defendants American Airlines Inc. and PSA Airlines, Inc. (together, the "Airline Defendants") have agreed to waive service of process pursuant to Fed. R. Civ. P. 4(d) as to Plaintiff's Short Form Complaint, which adopts the Master Complaint (ECF No. 28) filed in *Crafton v. American Airlines et al.*, Lead Case No. 1:25-CV-03382-ACR (the "Lead Case").

2. The Airline Defendants' response to the Master Complaint, due December 17, 2025 (*see* Lead Case ECF No. 36) shall constitute the Airline Defendants' response to Plaintiff's Short Form Complaint.

Dated: December 17, 2025

| | |
|---|---|
| **CLIFFORD LAW OFFICES, P.C.** | **HOLLAND & KNIGHT LLP** |
| By: */s/ Robert A. Clifford* | By: */s/William F. Gould* |
| Robert A. Clifford (Bar ID: IL0135)<br>Kevin P. Durkin (Bar ID: IL0136)<br>Tracy A. Brammeier (Bar ID: IL0137)<br>John V. Kalantzis (applicant *pro hac vice*)<br>120 N. LaSalle Street, Suite 3600 | William F. Gould (D.C. Bar #428468)<br>Holland & Knight LLP<br>800 17th Street, N.W., Suite 1100<br>Washington, D.C. 20006<br>Tel. (202) 955-3000 |

Chicago, Illinois 60602
(312) 899-9090
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com
*Counsel for Plaintiff*

Fax (202) 955-5564
william.gould@hklaw.com
*Counsel for Defendants American Airlines, Inc. and PSA Airlines, Inc.*